IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

v.  Case Nos. 1:12-cr-42-AW-GRJ
 1:17-cv-57-AW-GRJ

**ROBERT BRANDON BILUS,**

   **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's January 23, 2020 Report and Recommendation. ECF No. 195. I have also considered de novo the issues raised in Defendant's objections. ECF No. 196. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1. The Report and Recommendation (ECF No. 195) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "The § 2255 motion (ECF No. 177) is denied."

3. A certificate of appealability is DENIED.

4. The clerk will close the file.

SO ORDERED on March 30, 2020.

   s/ *Allen Winsor*
   United States District Judge